UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY CATHERINE HARRIS,

    Plaintiff,

Case No. 20-cv-10405
Hon. Matthew F. Leitman

v.

BAYVIEW LOAN SERVICING, LLC,

    Defendant.
_____/

### ORDER TERMINATING AS MOOT DEFENDANT'S PENDING MOTION FOR SUMMARY JUDGMENT (ECF No. 10)

On November 11, 2021, Defendant Bayview Loan Servicing, LLC ("Bayview") filed a Joint Notice of Settlement informing the Court that the parties had reached an agreement "on the material terms of a full and final settlement as to all pending claims." (*See* Joint Notice of Settlement, ECF No. 16, PageID.1137.) Given the filing of that notice, the Court **TERMINATES AS MOOT** Bayview's pending motion for summary judgment (ECF No. 10).

    **IT IS SO ORDERED**.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  February 10, 2022

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 10, 2022, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126